AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
01/13/2023
Clerk, U.S. District Court
Western District of Texas

By: ____**FM**____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:23-M -00110(1) - MAT |
| | § |
| (1) GUSTAVO ADOLFO JULIO-JULIO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 6, 2023** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: "The DEFENDANT, Gustavo Adolfo JULIO-Julio, an alien to the United States and a citizen of Venezuela, entered the United States from the Republic of Mexico by crossing the Rio Grande River on January 6, 2023, approximately 3.13 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers."

Continued on the attached sheet and made a part hereof:    X Yes   ☐ No

Sworn to before me,

/s/  Cintron, Fabiola
Signature of Agent
Border Patrol Agent

January 13, 2023                                                  at   EL PASO, Texas
Date                                                                          City and State

MIGUEL A. TORRES                                              Signature of Judge
UNITED STATES MAGISTRATE JUDGE
**OATH TELEPHONICALLY SWORN AT 02:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) GUSTAVO ADOLFO JULIO-JULIO

FACTS (CONTINUED)

The DEFENDANT, Gustavo Adolfo JULIO-Julio, an alien to the United States and a citizen of Venezuela, entered the United States from the Republic of Mexico by crossing the Rio Grande River on January 6, 2023, approximately 3.13 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

On January 12, 2023, an El Paso Police Department officer transported the DEFENDANT, Gustavo Adolfo JULIO-Julio, to the Border Patrol Paso Del Norte Processing Center to request assistance in identifying him, after the DEFENDANT was encountered consuming alcoholic beverages on a public walkway on the 600 block of Oregon Street. At the processing center, an agent identified herself as a Border Patrol Agent to the DEFENDANT and questioned him as to his citizenship. The DEFENDANT admitted he was an illegal alien and a citizen of Venezuela who illegally entered the United States 6 days prior, by utilizing the K1 Fence Gate #29 in El Paso, Texas in the Western District of Texas. The DEFENDANT also admitted he had no immigration documents or petitions allowing him to be or remain in the Untied States legally.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE